**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MATADOR PROCESSORS, LLC, | ) | Case No. 13-15303 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**ORDER REDUCING TIME TO RESPOND TO DEBTOR'S AMENDED MOTION
TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS**

NOW there comes on for consideration before the above-signed Bankruptcy Judge, *Debtor's Application to Shorten Time to Respond to Amended Motion to Sell Personal Property Free and Clear of Liens, With Brief Combined* [Doc. No. 206.] Debtor has filed an *Amended Motion to Sell Personal Property Free and Clear of Liens, With Brief Combined, And Notice of Opportunity for Hearing* ("Motion") [Doc. No. 205] to privately sell personal property. Upon representation of Debtors' counsel, effort was made to contact counsel and the Asst. U. S. Trustee; no counsel appearing in this case, nor the Asst. U. S. Trustee, has responded to either approve or disapprove of the request to shorten time to object. Based upon representations of Debtor's counsel made in the Application, and for cause, the relief requested will be granted.

IT IS THEREFORE ORDERED that the notice period to object to the Debtor's *Amended Motion to Sell Personal Property Free and Clear of Liens, With Brief Combined, And Notice of Opportunity for Hearing* [Doc. No. 205], is reduced. All objections must be filed and served on Debtor's counsel no later than <u>May 4, 2015, at 12:00 p.m. CST</u>.

PURSUANT TO LOCAL RULE 9013-1, ALL FINDINGS OF FACT ARE BASED UPON REPRESENTATIONS OF COUNSEL.

###

APPROVED FOR ENTRY:

/s/ B David Sisson

B DAVID SISSON, OBA # 13617
Law Offices of B David Sisson
224 W Gray Suites 101/P O Box 534
Norman OK 73070-0534
Telephone No. 405.447.2521
Facsimile No. 405.447.2552
Email sisson@sissonlawoffice.com

ATTORNEY FOR DEBTOR